# IN THE UNITED STATES BANKRUPTCY COURT
# IN THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                           BANKRUPTCY NO: 24-01335-JAW

**HEATHER WILLIAMS**
**6817 OAK RIDGE RD**
**VICKSBURG, MS 39183**

## NOTICE AND MOTION TO DISMISS

 **COMES NOW,** Harold J Barkley Jr., the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

 **NOTICE IS HEREBY GIVEN,** to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE,** or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

 **NOTICE IS FURTHER GIVEN** that, in the event a written responsive pleading is filed, a hearing on the matter will be held in the Bankruptcy Courtroom 4C, 501 E. Court St., Jackson, MS on **JULY 14, 2025 @ 10:00 am.**

 **WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

MAIL PAYMENTS TO:
Harold J. Barkley, Jr.
Chapter 13 Trustee
P.O. Box 321454
Flowood, MS   39232

**AMOUNT DUE BY 07/03/2025: $2,360.00**
(As of 06/11/2025 thru end of month)

DATED: 6/12/2025

/s/ Harold J. Barkley, Jr.
Harold J. Barkley, Jr. - MSB#2008
Chapter 13 Trustee
P O Box 4476
Jackson, MS 39296-4476
Phone: 601-362-6161
Fax: 601-362-8826
Email:  hjb@hbarkley13.com

## <u>CERTIFICATE OF SERVICE</u>

I, Harold J. Barkley, Jr., Standing Trustee, do hereby certify that on the above date of the Notice and Motion to Dismiss, I mailed, postage prepaid, a true and correct copy of the foregoing pleading to the **DEBTOR,** and by ECF Filing Notification to the Attorney for the **DEBTOR** herein and to the Office of the U.S. Trustee.

THOMAS C. ROLLINS, JR
<u>trollins@therollinsfirm.com</u>

Office of the U S Trustee
<u>ustpregion05.ja.ecf@usdoj.gov</u>

**HEATHER WILLIAMS**
**6817 OAK RIDGE RD**
**VICKSBURG, MS 39183**

**DATED: 6/12/2025**

<u>/s/ Harold J. Barkley, Jr.</u>
Harold J. Barkley, Jr. - MSB#2008