_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 7, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Heather Mullins Williams, Debtor            Case No. 24-01335-JAW
                                                                                        CHAPTER 13

### ORDER ON MOTION TO CONVERT A CASE UNDER CHAPTER 13
### TO A CASE UNDER CHAPTER 7

On the Motion to Convert a Case Under Chapter 13 to a Case Under Chapter 7 (Dk # 40 ) filed by the Debtor, the Court having considered same, finds that that the relief requested is appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case shall be converted from a case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

## ## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533