United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-01335-JAW
Heather Mullins Williams Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jul 07, 2025      Form ID: 309A      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Mullins Williams, 6817 Oak Ridge Rd., Vicksburg, MS 39183-7269 |
| 5381832 | + | Makwa Finance, P.O. Box 843, Lac Du Flambe, WI 54538-0843 |
| 5381834 | + | Mendota Insurance Co, P.O. Box 15122, Worcester, MA 01615-0122 |
| 5381836 | | Mission Primary Care, 1901 Mission 66, Vicksburg, MS 39180-3711 |
| 5381837 | | Money Messiah, P.O. Box 1469, Kahnawake, Quebec, J0L1B0 |
| 5382274 | | River Oaks Hospital, LLC dba Merit Health, River Oaks, C/O DAVID L. MENDELSON,Esq., Mendelson Law Firm, P.O. BOX 17235, MEMPHIS, TN 38187-0235 |
| 5381839 | + | Safeway Insurance Co, PO Box 92010, Lafayette, LA 70509-2010 |
| 5381840 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 5381843 | + | The Ford Insurance Age, 1990 S Frontag Rd, Ste D, Vicksburg, MS 39180-5232 |
| 5381844 | + | Vicksburg Clinic, P.O. Box 14099, Belfast, ME 04915-4034 |
| 5382272 | | Vicksburg Healthcare, LLC dba Merit Health, River Region c/o David L. Mendelson,Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Jul 07 2025 20:13:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | | EDI: BENSHAFFER | Jul 08 2025 00:16:00 | Eileen N. Shaffer, P.O. Box 1177, Jackson, MS 39215-1177 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jul 07 2025 20:13:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5381823 | + | Email/Text: bnc@teampurpose.com | Jul 07 2025 20:13:00 | Advance America, 750 Shipyard Dr, Ste 300, Wilmington, DE 19801-5159 |
| 5394387 | + | EDI: AISACG.COM | Jul 08 2025 00:16:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5381824 | + | EDI: GMACFS.COM | Jul 08 2025 00:16:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5390732 | ^ | MEBN | Jul 07 2025 20:10:03 | Blue Frog Loans, c/o Creditors Bankruptcy Serv, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5381825 | + | Email/Text: samantha.brucker@phfsgroup.com | Jul 07 2025 20:13:00 | Blue Frog Loans, P.O. Box 725, Fenton, MO 63026-0725 |
| 5381826 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2025 20:16:51 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5402635 | + | Email/Text: bankruptcy@curo.com | Jul 07 2025 20:13:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5381827 | + | Email/Text: bankruptcy@curo.com | Jul 07 2025 20:13:00 | First Heritage Credit, 101 N Main St, #600, |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2025 | Form ID: 309A | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Greenville, SC 29601-4846 |
| 5381828 | | Email/Text: bankruptcy@gi.md | Jul 07 2025 20:13:00 | Gastrointestinal Assoc, P.O. Box 22668, Jackson, MS 39225-2668 |
| 5381829 | + | EDI: PHINGENESIS | Jul 08 2025 00:16:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5381830 | | Email/Text: govtaudits@labcorp.com | Jul 07 2025 20:13:00 | Lab Corp, P.O. Box 2240, Burlington, NC 27216 |
| 5381831 | | Email/Text: govtaudits@labcorp.com | Jul 07 2025 20:13:00 | LCA Collections, P.O. Box 2240, Burlington, NC 27216-2240 |
| 5405238 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 20:16:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5381833 | | Email/Text: cdavenport@lawmemphis.com | Jul 07 2025 20:13:00 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |
| 5394555 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2025 20:16:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5381835 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2025 20:16:56 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5382587 | + | Email/Text: bnc@teampurpose.com | Jul 07 2025 20:13:00 | Purpose Financial Inc, PO Box 3058, Spartanburg SC 29304-3058 |
| 5396443 | | EDI: Q3G.COM | Jul 08 2025 00:16:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5381838 | + | EDI: PHINELEVATE | Jul 08 2025 00:16:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 5403341 | | Email/Text: bankruptcy@springoakscapital.com | Jul 07 2025 20:13:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE VA 233271216 |
| 5381842 | | Email/Text: bankruptcy@springoakscapital.com | Jul 07 2025 20:13:00 | Spring Oaks Capital, 1400 Crossways Blvd, Suite 100 B, Chesapeake, VA 23334 |
| 5381841 | | Email/Text: bankruptcy@springoakscapital.com | Jul 07 2025 20:13:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025        Signature:        /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
### United States Bankruptcy Court Southern District of Mississippi

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | Heather Mullins Williams <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6152 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the Southern District of Mississippi <br> Case number: **24–01335–JAW** | | Date case filed in chapter **13**       **6/7/24** <br> Date case converted to chapter **7**       **7/7/25** |

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Heather Mullins Williams | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6817 Oak Ridge Rd. <br> Vicksburg, MS 39183 | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas Carl Rollins Jr <br> The Rollins Law Firm, PLLC <br> PO BOX 13767 <br> Jackson, MS 39236 | Contact phone 601–500–5533 <br> Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Eileen N. Shaffer <br> P.O. Box 1177 <br> Jackson, MS 39215–1177 | Contact phone 601–969–3006 <br> Email eshaffer@eshaffer–law.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**   page 1

| Debtor **Heather Mullins Williams** | | Case number **24–01335–JAW** |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 601–608–4600**<br><br>**Date: 7/7/25** |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 22, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Eileen N. Shaffer**<br>**Zoom video meeting.**<br>**Go to zoom.us/join, enter Meeting ID 905 950 7847 and Passcode 8931265934 , OR call 769–215–5931.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/21/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**    page **2**