**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**  **Heather Mullins Williams**  **Case No. 24-01335-JAW**
       **, Debtor**  **CHAPTER 13**

**<u>FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B</u>**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,432.00 | $30.81 | $2,462.81 | 17 | 07/30/2024 |
| $1,262.50 | $45.73 | $1,308.23 | 27 | 12/12/2024 |
| $376.00 | $53.74 | $429.74 | 36 | 03/31/2025 |
| $643.00 | $0.69 | $643.69 | n/a | n/a |
| $4,713.50 | $130.97 | $4,844.47 | | |



**INVOICE**

Invoice # 6583
Date: 07/03/2024
Due On: 08/02/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Heather Mullins Williams
4223 I20 Frontage Rd #K13
Vicksburg, MS 39183

### 05393-Williams Heather Mullins

### Ch 13 hourly- Heather

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 05/06/2024 | Call Debtor: Called debtor requesting her full name and social security number to run her credit report; left message | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/06/2024 | Incoming Call: Telephone conference with debtor; debtor provided her full name and social security number to run her credit report | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/06/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/ exclude; drafted email to debtor attaching credit report for debtor's review and reference. | 0.20 | $155.00 | $31.00 |
| Service | BB | 05/08/2024 | Incoming Call: Phone conference with debtor setting an appointment to bring documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/10/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed debtors credit report in search of student loans. None were found. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/16/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized packet, pay and bank documents into client documents file. | 0.50 | $100.00 | $50.00 |

Invoice # 6583 - 07/03/2024

| Service | BM | 05/17/2024 | Initial review of all documents: Information packet, pay stubs, tax returns, bank statements | 0.30 | $100.00 | $30.00 |
|---------|-----|------------|---------|------|---------|--------|
| Service | KR | 05/21/2024 | Incoming Call: Telephone conference with debtor; requesting an update; informed her that we are missing several things; started to go over them but she would like it emailed | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/21/2024 | Contact Debtor (Text/Email): Drafted email to debtor with updated list of documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BM | 05/22/2024 | Incoming Call: Call from debtor to report she is no longer working at her part time job and to inform us that she doesn't work during the summer at her school job. Made notes for the legal assistant and attorney. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/22/2024 | Review and organize documents provided by debtor: Reviewed and organized missing packet information into debtors file. Drafted email to debtor with list of documents and information needed for filing. | 0.50 | $100.00 | $50.00 |
| Service | JC | 05/23/2024 | Incoming Call: Telephone call from debtor informing she is going to answer BB's e-mail but requested a call from her. Drafted memo to BB regarding same. | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/23/2024 | Review email from debtor: Reviewed email from debtor with some clarification on information needed for filing. Organized information into debtors file. Drafted reply email inquiring where she is sending her paypal statements since she mentioned she already emailed them. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/23/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized paypal statements into client documents file. Drafted email to debtor requesting the missing April statement. | 0.30 | $100.00 | $30.00 |
| Service | BB | 05/23/2024 | Incoming Call: Phone conference with debtor providing clarification on her bank account. Informed debtor that we still need her April Paypal statement. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/28/2024 | Incoming Call: Debtor called requesting to speak with BB; drafted memo to call back | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/28/2024 | Call Debtor: Reviewed email memo from kar stating the debtor called and asked for me and requested a call back. Attempted phone conference with debtor which | 0.10 | $100.00 | $10.00 |

| | | | resulted in receiving their voicemail. | | | |
|---|---|---|---|---|---|---|
| Service | BB | 05/28/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing her that I attempted to call her back and informed her that her file is currently in for review and we will have the results in the next two days. | 0.10 | $100.00 | $10.00 |
| Service | BM | 05/28/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 05/29/2024 | Review HD task that all docs are present & case is ready for input. Review matter for emergency contacts. Assign task lists for preparation of case | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/29/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR, research Lexis Public Records | 0.30 | $360.00 | $108.00 |
| Service | JAC | 05/29/2024 | prepare matrix for Δ to review | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/30/2024 | Contact Debtor (Text/Email): Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/31/2024 | Contact Debtor (Text/Email): Reviewed text from debtor inquiring about an email she received about a second credit course. Informed her that is most likely an advertisement due to her case not yet being filed. Informed her of my email about her Matrix. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/31/2024 | Contact Debtor (Text/Email): Reviewed text from debtor adding a creditor. Reviewed and drafted several texts with debtor acquiring the information needed on the new creditor. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 05/31/2024 | Review and add missing debt to schedule F | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/03/2024 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.40 | $360.00 | $144.00 |
| Service | JAC | 06/03/2024 | Draft email to debtor with bankruptcy options | 0.20 | $360.00 | $72.00 |
| Service | KR | 06/04/2024 | Call Debtor: Telephone conference with debtor; she will review her chapter 13 option today and will let me know what she | 0.10 | $155.00 | $15.50 |

| | | | decides or if she has any questions | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 06/04/2024 | Incoming Call: Telephone conference with debtor explaining that she did not receive the email that KR requested that she review - tried to look for email, but was unable to find it. Debtor said sender might have spelled her email as Suess, but it is Seuss; drafted memo to KR to call her | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/04/2024 | Call Debtor: Reviewed memo from KAR stating that the debtor could not find the email; wanted to know the email address we sent it to; telephone conference with debtor; informed her of the email address; she found it; she will review and let me know her decision | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/05/2024 | Review email from debtor: Reviewed email from debtor informing me she would like to file the Chapter 13 and ask questions about the wage order and her employment; drafted email informing her that I will let the attorney know and that someone from our office will be contacting her to start the next step | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/05/2024 | review clio memo re: Δ ready to file | 0.10 | $360.00 | $36.00 |
| Service | BM | 06/05/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/06/2024 | review clio memo re: Δ scheduled for signing appointment | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/06/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/07/2024 | Make updates to cash & bank amounts, update plan to pay direct, prepare & send final petition, schedules to debtor to review & sign | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/07/2024 | Conference w client to review and revise petition schedules statements and plan | 0.40 | $360.00 | $144.00 |
| Service | JAC | 06/07/2024 | review & respond to email from Δ asking how much she has to pay for the filing fee | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/07/2024 | Review & respond to debtor mail with question about rent on petition | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/07/2024 | Review and respond to email from Δ re: question on her income on the schedules | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/07/2024 | Review & respond to email from Δ re: tax refund amount on schedule B | 0.10 | $360.00 | $36.00 |

Invoice # 6583 - 07/03/2024

| Service | JAC | 06/07/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
|---|---|---|---|---|---|---|
| Service | VM | 06/07/2024 | Drafted text to debtor informing them their case has been filed; also provided their chapter 13 case number | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/10/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to explain direct payment responsibility to client.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to explain direct payment responsibility to client. | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/10/2024 | Contact Debtor (Text/Email): Drafted email to debtor with her plan payment and information on what to/expect after filing a chapter 13 | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/10/2024 | Review email from debtor: Reviewed email from debtor stating that she thought her first payment was not due until July 7; drafted email to debtor informing her that the first payment is due by the beginning of July but she needs to start deducting from her June payment to make sure it is received by the beginning of July. | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/10/2024 | Review email from debtor: Reviewed email from debtor requesting the online payment information; drafted email to debtor with the TFS online bill payment information | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/11/2024 | Review: 24-01335-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/11/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.30 | $360.00 | $108.00 |
| Service | KR | 06/11/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Expense | BB | 06/11/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $30.81 | $30.81 |
| Service | KR | 06/11/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court | 0.10 | $155.00 | $15.50 |

Invoice # 6583 - 07/03/2024

| Service | TR | 06/11/2024 | Review: 24-01335-JAW Order Upon Debtor Directing Payments to Trustee Document #11 | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | TR | 06/11/2024 | Review: Proof of Claim 24-01335-JAW Vicksburg Healthcare, LLC dba Merit Health River R Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/11/2024 | Review: Proof of Claim 24-01335-JAW River Oaks Hospital, LLC dba Merit Health River Oa Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/11/2024 | Review: Proof of Claim 24-01335-JAW Purpose Financial Inc Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | BB | 06/13/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/13/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor determining they want a practice zoom and a date and time to schedule one. Scheduled to our calendar. | 0.30 | $100.00 | $30.00 |
| Service | BB | 06/13/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing the debtor of her due date for her first plan payment. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/14/2024 | Review and organize documents provided by debtor: Reviewed schedule I/J for sources income and financial accounts; reviewed, organized and prepared taxes, statements for 4 accounts, pay advices for 3 sources of income and identification for upload to the Trustee's website | 0.50 | $155.00 | $77.50 |
| Service | KR | 06/14/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/21/2024 | Telephone conference with Jessica at Ford Insurance; she stated that the debtor does not owe them any money but she does owe Mendota Insurance wanted to know why they received notice of filing; reviewed Matrix and Mendota was listed and then Ford Insurance is listed as an additional party; explained to Jessica; she understood | 0.10 | $155.00 | $15.50 |
| Service | BB | 07/01/2024 | Contact Debtor (Text/Email): Reviewed and drafted several emails with debtor | 0.30 | $100.00 | $30.00 |

Invoice # 6583 - 07/03/2024

| Service | TR | 07/02/2024 | determining she will not have access to zoom for her meeting of creditors so she will be attending in office. | | | |
|---|---|---|---|---|---|---|
| Service | TR | 07/02/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| Service | TR | 07/02/2024 | Review: Proof of Claim 24-01335-JAW Blue Frog Loans Document # 4 | 0.10 | $360.00 | $36.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.3 | $360.00 | $1,188.00 |
| Thomas Rollins | Attorney | 1.2 | $360.00 | $432.00 |
| Brooke Brueland | Non-Attorney | 3.3 | $100.00 | $330.00 |
| Jacki Curry | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Breanne McDaniel | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Kirsten Raimey | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | Non-Attorney | 2.3 | $155.00 | $356.50 |
| | | | **Total** | **$2,462.81** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6583 | 08/02/2024 | $2,462.81 | $0.00 | $2,462.81 |
| | | | **Outstanding Balance** | **$2,462.81** |
| | | | **Total Amount Outstanding** | **$2,462.81** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 7195
Date: 11/11/2024
Due On: 12/11/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Heather Mullins Williams

## 05393-Williams Heather Mullins

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 07/03/2024 | Draft Fee Application and Proposed Order: Reviewed and drafted invoice for expense and attorney fees; drafted 2nd Application for Compensation; drafted email memo to TR re: review 2nd Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | KR | 07/03/2024 | Contact Debtor (Text/Email): Reviewed message from debtor inquiring about adding a debt with AT&T; drafted email to debtor explaining the process of adding a debt; informed debtor we could review to see if we could add the balance before the date of filing but she would be responsible for the remaining balance; also the account that is with AT&T would no longer be active once added. | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/03/2024 | Review and approve fee app drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/03/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | BB | 07/08/2024 | Review email from debtor: Reviewed email from debtor stating she made her first plan payment. Drafted reply email inquiring when it was made so that I may make sure the payment was received. | 0.10 | $100.00 | $10.00 |

| Service | VM | 07/08/2024 | Incoming Call: Creditor called regarding debtor, answered questions they had. | 0.10 | $100.00 | $10.00 |
|---------|-----|-----------|-------------------------------------------------------------------------------|------|---------|--------|
| Service | BB | 07/08/2024 | Review email from debtor: Reviewed email from debtor stating she made her plan payment on the third. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/08/2024 | Review email from debtor: Reviewed and drafted several email with debtor being confused about the practice zoom meeting for her meeting of creditors. Reminded her she decided to come into the office. Debtor still thought she needed to come to the office for her practice zoom. Advised debtor to forget about the practice zoom and just come to the office for her meeting of creditors. | 0.30 | $100.00 | $30.00 |
| Service | TR | 07/10/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | BM | 07/15/2024 | Contact Debtor (Text/Email): Text messages to debtor are not going through. Drafted email to debtor inquiring about a new telephone number and sent reminder about their Meeting of Creditors that's tomorrow. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/15/2024 | Review: Proof of Claim 24-01335-JAW Ally Capital c/o AIS Portfolio Services, LLC Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/15/2024 | Review: Proof of Claim 24-01335-JAW MERRICK BANK Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/15/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed NDC website and confirmed the trustee received the first plan payment. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/16/2024 | Attend 341 | 0.50 | $360.00 | $180.00 |
| Service | JAC | 07/19/2024 | Review: Proof of Claim 24-01335-JAW Quantum3 Group LLC as agent for Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/30/2024 | Review docket for Confirmation Hearing 8/5/2024 - no issues to resolve | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/30/2024 | Review email from debtor: Reviewed email from debtor with an email from Mission Primary Care Clinic trying to collect on the debt that is included in the bankruptcy; drafted Auto Stay Letter to Mission Primary Care Clinic; created task for GM to print/mail. | 0.20 | $155.00 | $31.00 |

| Service | KR | 08/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor with a copy of the Letter we mailed to Mission Primary Care Clinic | 0.10 | $155.00 | $15.50 |
|---------|-----|------------|------|------|---------|--------|
| Service | TR | 08/02/2024 | Review: 24-01335-JAW Order on Application for Compensation Document# 17 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/05/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 08/07/2024 | Review: Proof of Claim 24-01335-JAW SPRING OAKS CAPITAL SPV, LLC Document # 10 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 08/07/2024 | Review: 24-01335-JAW Meeting of Creditors Held Document# | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/13/2024 | Review: Proof of Claim 24-01335-JAW LVNV Funding, LLC Document # 12 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/23/2024 | Review and respond to email memo: Reviewed email memo from BB about a notice from the bankruptcy court the debtor said she never received but was notified by the US Postal Service; reviewed court docket for Notice; drafted email memo to BB providing her a copy of the Notice to email to the debtor. | 0.10 | $155.00 | $15.50 |
| Service | BB | 08/23/2024 | Incoming Call: Phone conference with debtor stating she was informed about a letter having to do with her case but never received it. She stated she emailed about this as well. Debtor inquired if she was missing anything important. Drafted email memo to kr. Reviewed email reply from kr stating it should have been her confirmation of plan but there is no way of knowing for sure. Drafted email to debtor informing her of this and included the copy of her document. | 0.30 | $100.00 | $30.00 |
| Service | TR | 09/04/2024 | Review: 24-01335-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 23 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/07/2024 | Review: Proof of Claim 24-01335-JAW First Heritage Document # Amended 9 | 0.20 | $360.00 | $72.00 |
| Service | VM | 10/08/2024 | Reviewed voicemail from creditor from PennyMac Loan Servicing, drafted memo to paralegal for review | 0.10 | $100.00 | $10.00 |
| Service | TR | 11/11/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

Invoice # 7195 - 11/11/2024

| Service | TR | 11/11/2024 | Draft procedural history and lodestar analysis portion of fee agreement | 0.30 | $360.00 | $108.00 |
|---------|-----|-----------|---------------------------------------------------------------------------|------|---------|---------|
| **Non-billable services** | | | | | | |
| Service | KR | 07/03/2024 | Reviewed email from TR re:Application for Compensation; prepared the Application for Compensation and the invoice for upload to Certificate of Service | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | JAC | 07/19/2024 | Review: Proof of Claim 24-01335-JAW Quantum3 Group LLC as agent for Document # 8 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | JAC | 08/05/2024 | Review: Proof of Claim 24-01335-JAW First Heritage Document # 9 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | JAC | 08/07/2024 | Review: 24-01335-JAW Order Confirming Chapter 13 Plan Document# 20 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | JAC | 08/13/2024 | Review: Proof of Claim 24-01335-JAW LVNV Funding, LLC Document # 11 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |

**Services Subtotal** **$1,262.50**

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 07/03/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $45.73 | $45.73 |

**Expenses Subtotal** **$45.73**

| | Time Keeper | Position | Quantity | Rate | Total |
|---|-------------|----------|----------|------|-------|
| Jennifer Curry Calvillo | | Attorney | 1.2 | $360.00 | $432.00 |
| Thomas Rollins | | Attorney | 1.5 | $360.00 | $540.00 |
| Brooke Brueland | | Non-Attorney | 0.9 | $100.00 | $90.00 |
| Vanessa Martinez | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Breanne McDaniel | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | | Non-Attorney | 1.1 | $155.00 | $170.50 |

**Subtotal** **$1,308.23**

**Total** **$1,308.23**

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6583 | 08/02/2024 | $2,462.81 | $0.00 | $2,462.81 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7195 | 12/11/2024 | $1,308.23 | $0.00 | $1,308.23 |
| | | | Outstanding Balance | $3,771.04 |
| | | | Total Amount Outstanding | $3,771.04 |



# INVOICE

Invoice # 7734
Date: 03/20/2025
Due On: 04/19/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Heather Mullins Williams

## 05393-Williams Heather Mullins

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 11/13/2024 | Prepared the Application for Compensation, the Notice and the exhibits for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 11/14/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, Exhibits, Proposed Order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | BB | 11/22/2024 | Review email from debtor: Received email from debtor stating she has received a bill and does not understand it. Drafted reply email requesting a copy of the bill. Drafted email memo to VM. | 0.10 | $100.00 | $10.00 |
| Service | KR | 12/02/2024 | Drafted Notice Change of Address; prepared the Notice Change of Address for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | VM | 12/04/2024 | Contact Debtor (Text/Email): Drafted email to debtor explaining Fee Agreement | 0.20 | $0.00 | $0.00 |
| Service | TR | 12/13/2024 | Review: 24-01335-JAW Order on Application for Compensation Document# 27 | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/12/2025 | Call Debtor: Reviewed the court docket for the Motion to Dismiss to | 0.20 | $155.00 | $31.00 |

Invoice # 7734 - 03/20/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | verify the delinquency; reviewed Trustee's website for the payment received; called debtor could not leave a message; drafted email and text requesting a call back to discuss the delinquency and Motion to Dismiss | | | |
| Service | JAC | 02/13/2025 | Review: 24-01335-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 29 | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/14/2025 | Call Debtor: Called debtor unable to leave a message; drafted email since texts are not going through about the Motion to Dismiss filed by the Trustee and the delinquency owed; requested a call back so we can try and prevent the case from being dismissed | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/18/2025 | Contact Debtor (Text/Email): Reviewed email memo from BB re: delinquency; called debtor could not leave a message; drafted email to debtor since texts are not going through inquiring how she fell behind and the amount of the payment she will be making; requested a call back | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/20/2025 | Call Debtor: Called debtor could not leave a message; drafted email to debtor requesting a call back to discuss the scheduled payments she stated she could make and to find out how she fell behind | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/21/2025 | Call Debtor: Called debtor, not accepting called; drafted e-mail to debtor requesting a call and inquiring what her current phone number is. | 0.10 | $155.00 | $15.50 |
| Service | CO | 02/24/2025 | Incoming Call: Phone conference with debtor providing an update on when they can get caught up on their bankruptcy delinquency. The debtor advised she make a payment 2/20/25 and can make two payments on 3/5/35 in order to catch up. The debtor also provided a new contact phone number. Updated task notes for KR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 02/25/2025 | Drafted Response per the Motion to Dismiss filed by the Trustee for non-payment; drafted email memo to TR re: Review Response | 0.20 | $155.00 | $31.00 |

| Service | TR | 02/25/2025 | Review and approve response drafted by KR | 0.10 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| Service | KR | 02/25/2025 | Review email from Attorney: Reviewed email memo from TR re: Response; prepared the Response per the Motion to Dismiss for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/11/2025 | Call Debtor: Telephone conference with debtor about the delinquency still owed and the scheduled payments | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/11/2025 | Drafted email to the Trustee's attorney inquiring about the settling the Motion to Dismiss that was filed | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/11/2025 | Reviewed email from the Trustee's attorney stating that he will be sending the Agreed Order for the Motion to Dismiss | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/11/2025 | Review and sign proposed order via email | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/11/2025 | Review: 24-01335-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 31 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/12/2025 | Review: 24-01335-JAW Amended Order Upon Debtor Directing Payments to Trustee Document# 32 | 0.10 | $0.00 | $0.00 |
| Service | CO | 03/13/2025 | Contact Debtor (Text/Email): Reviewed amended order directing payments to trustee; drafted email to debtor with order and guides to make and track payments online. | 0.10 | $100.00 | $10.00 |
| Service | TR | 03/19/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/20/2025 | Reviewed court docket for the previous orders and invoices filed; reviewed the Trustee's website to verify the amount of attorney fees paid; prepared the amounts for the estimated cost of mailing; drafted 1st part of the 3rd Application for Compensation and Lodestar using the amounts from previous invoice, orders and the Trustee's website | 0.60 | $155.00 | $93.00 |

|  |  |  |  | **Services Subtotal** | | **$376.00** |
|---|---|---|---|---|---|---|

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 11/13/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $50.24 | $50.24 |
| Expense | 03/20/2025 | Estimated Mailing Expense for 3rd Application for Compensation (certificateofservice.com) | 1.00 | $3.50 | $3.50 |
| | | | **Expenses Subtotal** | | **$53.74** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|-------------|----------|----------|------|-------|
| Jennifer Curry Calvillo | | Attorney | 0.3 | $0.00 | $0.00 |
| Thomas Rollins | | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | | Attorney | 0.3 | $0.00 | $0.00 |
| Brooke Brueland | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Vanessa Martinez | | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Clara Ortega | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | | Non-Attorney | 1.9 | $155.00 | $294.50 |
| Kerri Rodabough | | Non-Attorney | 0.3 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$429.74** |
| | | | | **Total** | **$429.74** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 6583 | 08/02/2024 | $2,462.81 | $0.00 | $2,462.81 |
| 7195 | 12/11/2024 | $1,308.23 | $0.00 | $1,308.23 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 7734 | 04/19/2025 | $429.74 | $0.00 | $429.74 |
| | | | **Outstanding Balance** | **$4,200.78** |

Invoice # 7734 - 03/20/2025

**Total Amount Outstanding**     **$4,200.78**

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload? [5] pages

Our rate is dependant on the number of pages you are intending to upload.
Simply look at the page count in your pdf document(s) and input that number
of pages in the box at right.

**2** How many parties will be receiving your documents? [1] parties

This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet. [2]

We print on both sides of the sheet to reduce cost and weight.
Printing on only one side of the sheet will quickly increase
the cost of the postage incurred.

**4** We will print your documents 1 page per side. [1]

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below,
you (hereafter "User") agree to the following terms and
conditions. This quote is for estimation purposes and is not a
guarantee of cost for services. Quote is based on current
information from User about the mailing project requirements. It
does not constitute a review by BK Attorney Services, LLC for
pricing on the actual cost of mailing a particular project. Many
factors may or may not be known at the time of obtaining the
estimate. Changes in addresses, changes in documents,
international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary
envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the
proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the
preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 2.5 |  |
| Date and Time: | Thu Mar 20 2025 13:57:07 GMT-0500 (Central Daylight Time) | |
| Total Pages to Print: | 5 | |
| Sheets Per Envelope | 2.5 | |
| First Class Postage Rate | $ 0.73 | |
| Print Rate: | $ 0.19 | |
| Printing Cost: | $ | 0.95 |
| Postage Cost: | $ | 0.73 |
| Total Cost: | $ | 3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED



# INVOICE

Invoice # 8056
Date: 07/10/2025
Due On: 08/09/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Heather Mullins Williams

## 05393-Williams Heather Mullins

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 03/20/2025 | Draft Fee Application and Proposed Order: Drafted 3rd invoice; drafted 2nd part of the 3rd Application and Lodestar using totals from 3rd invoice; drafted Proposed Order and Affidavit; drafted email memo to TR re:review 3rd Application for Compensation | 0.40 | $155.00 | $62.00 |
| Service | KR | 03/20/2025 | Drafted email memo to SA with the affidavit to notarize and sign for the 3rd Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/20/2025 | Review and approve fee app drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/20/2025 | Reviewed email memo from SA with the signed and notarized affidavit; merged with Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/20/2025 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation, Exhibit A, B and C for upload to the Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/21/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, the Exhibits A,B, C, the Proposed Order and the Cost of Mailing for upload to the court | 0.20 | $155.00 | $31.00 |

Invoice # 8056 - 07/10/2025

| Service | JAC | 04/01/2025 | Review: 24-01335-JAW Order on Application for Compensation Document# 36 | 0.10 | $360.00 | $36.00 |
|---------|-----|------------|------------------------------------------|------|---------|---------|
| Service | KR | 04/15/2025 | Review and respond to email memo: Reviewed email memo from CO re: conversion and reaffirming vehicle; drafted email memo to CO informing her we could analyze to convert but if they are behind on the plan payments or the car payment we would not be able to reaffirm | 0.10 | $155.00 | $15.50 |
| Service | BM | 06/12/2025 | Drafted Motion to Dismiss letter | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/12/2025 | Call Debtor: Reviewed court docket for the Motion to Dismiss to verify delinquency; telephone conference with debtor; her son has had surgery and income has decreased; she is looking into converting | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/13/2025 | Review: 24-01335-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/17/2025 | Drafted email memo to CO requesting an update on the debtor's process of converting | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/18/2025 | Review and respond to email memo: Reviewed email memo from CO re: conversion documents; drafted email memo to CO informing her to reach out to the debtor informing her of what we are needing | 0.10 | $155.00 | $15.50 |
| Service | CO | 06/20/2025 | Review and organize documents provided by debtor: Reviewed email from debtor with a conversion packet, updated pay and bank statements and organized in client's file. | 0.20 | $100.00 | $20.00 |
| Service | CO | 06/20/2025 | Call Debtor: Phone conference with debtor to request a different pay stub than the December stub they had provided. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/23/2025 | Review and respond to email memo: Reviewed email memo from CO informing of the conversion documents uploaded; reviewed bank statements, packet and pay; drafted email memo to CO informing her of the taxes and pay stubs needed along with the verification of the Jeep | 0.20 | $0.00 | $0.00 |

Invoice # 8056 - 07/10/2025

| Service | KR | 06/27/2025 | Call Debtor: Telephone conference with debtor about the documents needed for conversion; she does not have any extra funds to send in due to her decrease in pay and the surgery her son had | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | JAC | 06/27/2025 | Update I, review bank statements - several deposits by check - need to know source of payments | 0.20 | $360.00 | $72.00 |
| Service | KR | 06/30/2025 | Call Debtor: Telephone conference with debtor about the source of the deposits to her bank account; | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/01/2025 | Review response MTD | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/01/2025 | Drafted response per the Motion to Dismiss; drafted internal message to TR re: review response per the Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/01/2025 | Analyze to Convert | 0.20 | $360.00 | $72.00 |
| Service | KR | 07/01/2025 | Reviewed internal message from TR re: response per the Motion to Dismiss; prepared the response for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/01/2025 | Call Debtor: Telephone conference with debtor about converting; she would like to pursue; created task list | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/03/2025 | Drafted Motion to Convert; drafted memo to JAC attached same for her review. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 07/03/2025 | review & approve drafted motion | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/03/2025 | Reviewed memo from JAC regarding Motion to Convert; prepared Motion along with proposed Order for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | SA | 07/07/2025 | Contact Debtor (Text/Email): Drafted text to client requesting she review and sign Conversion Fee Agreement | 0.10 | $100.00 | $10.00 |

**Services Subtotal** **$643.00**

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/21/2025 | COS: Difference of Cost of Mailing | 1.00 | $0.69 | $0.69 |

Invoice # 8056 - 07/10/2025

|  | | | | Expenses Subtotal | $0.69 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.7 | $360.00 | $252.00 |
| Thomas Rollins | Attorney | 0.2 | $360.00 | $72.00 |
| Shaton Andrews | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Clara Ortega | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Kerri Rodabough | Non-Attorney | 1.4 | $155.00 | $217.00 |
| Kerri Rodabough | Non-Attorney | 0.7 | $0.00 | $0.00 |
| | | | | Subtotal | $643.69 |
| | | | | Total | $643.69 |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8057 | 08/06/2025 | $34.00 | $0.00 | $34.00 |
| 8079 | 08/09/2025 | $1,500.00 | $0.00 | $1,500.00 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8056 | 08/09/2025 | $643.69 | $0.00 | $643.69 |
| | | | Outstanding Balance | $2,177.69 |
| | | | Total Amount Outstanding | $2,177.69 |