# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Heather Mullins Williams**  
Debtor(s)

Case No. **24-01335**  
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **July 16, 2025**

**/s/ Heather Mullins Williams**  
**Heather Mullins Williams**  
Signature of Debtor

| | | |
|---|---|---|
| HEATHER MULLINS WILLIAMS<br>4223 I20 FRONTAGE RD<br>#K13<br>VICKSBURG, MS 39183 | LAB CORP<br>P.O. BOX 2240<br>BURLINGTON, NC 27216 | NETSPEND***<br>PO BOX 2136<br>AUSTIN, TX 78768 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | LCA COLLECTIONS<br>P.O. BOX 2240<br>BURLINGTON, NC 27216-2240 | RISE CREDIT<br>P.O. BOX 101808<br>FORT WORTH, TX 76185 |
| ADVANCE AMERICA<br>750 SHIPYARD DR<br>STE 300<br>WILMINGTON, DE 19801 | MAKWA FINANCE<br>P.O. BOX 843<br>LAC DU FLAMBE, WI 54538 | SAFEWAY INSURANCE CO<br>PO BOX 92010<br>LAFAYETTE, LA 70509 |
| ALLY FINANCIAL, INC<br>ATTN: BANKRUPTCY<br>500 WOODARD AVE<br>DETROIT, MI 48226 | MENDELSON LAW FIRM<br>PO BOX 17235<br>MEMPHIS, TN 38187 | SPOT LOAN<br>PO BOX 927<br>PALATINE, IL 60078-0927 |
| BLUE FROG LOANS<br>P.O. BOX 725<br>FENTON, MO 63026 | MENDOTA INSURANCE CO<br>P.O. BOX 15122<br>WORCESTER, MA 01615 | SPRING OAKS CAPITAL<br>ATTN: BANKRUPTCY<br>P.O. BOX 1216<br>CHESAPEAKE, VA 23327 |
| CREDIT ONE BANK<br>ATTN: BANKRUPTCY<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE, NY 11804 | SPRING OAKS CAPITAL<br>1400 CROSSWAYS BLVD<br>SUITE 100 B<br>CHESAPEAKE, VA 23334 |
| FIRST HERITAGE CREDIT<br>101 N MAIN ST, #600<br>GREENVILLE, SC 29601 | MISSION PRIMARY CARE<br>1901 MISSION 66<br>VICKSBURG, MS 39180-3711 | SURGE***<br>P.O. BOX 8099<br>NEWARK, DE 19714 |
| GASTROINTESTINAL ASSOC<br>P.O. BOX 22668<br>JACKSON, MS 39225-2668 | MONEY MESSIAH<br>P.O. BOX 1469<br>KAHNAWAKE, QUEBEC<br>J0L1B0 | TBO BANK***<br>113 E. SOUTH FRONT ST<br>ORRICK, MO 64077 |
| GENESIS FS<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076 | MS TITLE LOAN***<br>2424 CLAY ST<br>VICKSBURG, MS 39180 | THE FORD INSURANCE AGE<br>1990 S FRONTAG RD<br>STE D<br>VICKSBURG, MS 39180 |

```
VERVE***
P.O. BOX 8099
NEWARK, DE 19714


VICKSBURG CLINIC
P.O. BOX 14099
BELFAST, ME 04915
```