Certificate Number: 17082-MSS-DE-039999503

Bankruptcy Case Number: 24-01335



17082-MSS-DE-039999503

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2025, at 7:54 o'clock AM MST, HEATHER M WILLIAMS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   August 20, 2025          By:   /s/Orsolya K Lazar

                                 Name: Orsolya K Lazar

                                 Title: Executive Director