United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-01335-JAW
Heather Mullins Williams  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 3
Date Rcvd: Oct 22, 2025  Form ID: 318  Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Mullins Williams, 6817 Oak Ridge Rd., Vicksburg, MS 39183-7269 |
| 5381831 | | LCA Collections, P.O. Box 2240, Burlington, NC 27216-2240 |
| 5536131 | + | MS Title Loan, 2424 Clay St., Vicksburg, MS 39183-3125 |
| 5381832 | + | Makwa Finance, P.O. Box 843, Lac Du Flambe, WI 54538-0843 |
| 5381834 | + | Mendota Insurance Co, P.O. Box 15122, Worcester, MA 01615-0122 |
| 5381836 | | Mission Primary Care, 1901 Mission 66, Vicksburg, MS 39180-3711 |
| 5381837 | | Money Messiah, P.O. Box 1469, Kahnawake, Quebec, J0L1B0 |
| 5382274 | | River Oaks Hospital, LLC dba Merit Health, River Oaks, C/O DAVID L. MENDELSON,Esq., Mendelson Law Firm, P.O. BOX 17235, MEMPHIS, TN 38187-0235 |
| 5381839 | + | Safeway Insurance Co, PO Box 92010, Lafayette, LA 70509-2010 |
| 5381840 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 5381843 | #+ | The Ford Insurance Age, 1990 S Frontag Rd, Ste D, Vicksburg, MS 39180-5232 |
| 5381844 | + | Vicksburg Clinic, P.O. Box 14099, Belfast, ME 04915-4034 |
| 5382272 | | Vicksburg Healthcare, LLC dba Merit Health, River Region c/o David L. Mendelson,Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 22 2025 23:29:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5381823 | + | Email/Text: bnc@teampurpose.com | Oct 22 2025 19:29:00 | Advance America, 750 Shipyard Dr, Ste 300, Wilmington, DE 19801-5159 |
| 5394387 | + | EDI: AISACG.COM | Oct 22 2025 23:29:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5381824 | + | EDI: GMACFS.COM | Oct 22 2025 23:29:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5536132 | | Email/Text: processing@tbobank.com | Oct 22 2025 19:29:00 | TBO Bank, 113 E South Front St., Orrick, MO 64077 |
| 5390732 | ^ | MEBN | Oct 22 2025 19:26:52 | Blue Frog Loans, c/o Creditors Bankruptcy Serv, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5381825 | + | Email/Text: samantha.brucker@phfsgroup.com | Oct 22 2025 19:29:00 | Blue Frog Loans, P.O. Box 725, Fenton, MO 63026-0725 |
| 5536133 | | Email/Text: cfcbackoffice@contfinco.com | Oct 22 2025 19:29:00 | Surge, P.O. Box 8099, Newark, DE 19714 |
| 5536130 | | Email/Text: cfcbackoffice@contfinco.com | Oct 22 2025 19:29:00 | Verve, P.O. Box 8099, Newark, DE 19714 |
| 5381826 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2025 19:31:41 | Credit One Bank, Attn: Bankruptcy, 6801 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: 318 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5402635 | + | Email/Text: bankruptcy@curo.com | Oct 22 2025 19:30:00 | Cimarron Rd, Las Vegas, NV 89113-2273<br>First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5381827 | + | Email/Text: bankruptcy@curo.com | Oct 22 2025 19:30:00 | First Heritage Credit, 101 N Main St, #600, Greenville, SC 29601-4846 |
| 5381828 | | Email/Text: bankruptcy@gi.md | Oct 22 2025 19:30:00 | Gastrointestinal Assoc, P.O. Box 22668, Jackson, MS 39225-2668 |
| 5381829 | + | EDI: PHINGENESIS | Oct 22 2025 23:29:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5381830 | | Email/Text: govtaudits@labcorp.com | Oct 22 2025 19:29:00 | Lab Corp, P.O. Box 2240, Burlington, NC 27216 |
| 5405238 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 19:31:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5381833 | | Email/Text: cdavenport@lawmemphis.com | Oct 22 2025 19:29:00 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |
| 5394555 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 22 2025 19:31:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5381835 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 22 2025 19:31:34 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5536129 | ^ | MEBN | Oct 22 2025 19:27:01 | NetSpend, PO Box 2136, Austin, TX 78768-2136 |
| 5382587 | + | Email/Text: bnc@teampurpose.com | Oct 22 2025 19:29:00 | Purpose Financial Inc, PO Box 3058, Spartanburg SC 29304-3058 |
| 5396443 | | EDI: Q3G.COM | Oct 22 2025 23:29:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5381838 | + | EDI: PHINELEVATE | Oct 22 2025 23:29:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 5403341 | | Email/Text: bankruptcy@springoakscapital.com | Oct 22 2025 19:29:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE VA 233271216 |
| 5381842 | | Email/Text: bankruptcy@springoakscapital.com | Oct 22 2025 19:29:00 | Spring Oaks Capital, 1400 Crossways Blvd, Suite 100 B, Chesapeake, VA 23334 |
| 5381841 | | Email/Text: bankruptcy@springoakscapital.com | Oct 22 2025 19:29:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Oct 22, 2025 | Form ID: 318 | Total Noticed: 39 |
| Date: Oct 24, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com ms04@ecfcbis.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Heather Mullins Williams trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Heather Mullins Williams** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6152** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **24–01335–JAW** | | |

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Heather Mullins Williams**

Dated: 10/22/25               **By the court:** /s/Jamie A. Wilson
                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                         **Order of Discharge**                         page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**